Corrected Minutes – Regular Board Meeting
Seminole Public Schools
Thursday, June 11, 2015, 6:00 p.m.
Seminole Middle School Library
618 Mike Snyder Avenue, Seminole, OK  74868

Corrections on agenda items #17 and #18 are shown in red.

1. President Cai Levy called the meeting to order.

2. Members present: Cai Levy, Jack Cadenhead, Amie Colclazier, Claudia Willis, Mickey Upton.

3. CONSENT AGENDA:
All of the following items, which concern reports and items of a routine nature normally approved at board meetings, will be approved by one vote, unless any member wishes to consider an item separately. The consent agenda consists of the discussion, consideration, and approval of the following items:

    A.    1. Minutes of the May 11, 2015, board meeting
    B.    Financial reports:
          1. Activity Accounts
          2. Treasurer's Report
    C.    Encumbrances and changes as follows:
          1. General Fund (FY15) – #1298-1887; #1889-1893; #50000-50269
          2. Building Fund (FY15) - #3
          3. Child Nutrition Fund (FY15) - #50008-50019
          4. Bond Fund (FY15) - #4-5
    D.    Fundraisers:
    E.    Resignations:
          1. Elisha Davis
          2. Debbie Hallum
    F.    Contracts:
          1. Barlow and Associates – Federal programs
          2. Wewoka Public Schools – Memorandum of Understanding – Wewoka Public Schools Co-op Head Start 2015-2016
          3. Oklahoma School Assurance Group 2015/2016 Workers' Compensation Insurance
          4. Patricia Ford – School psychological consulting services
          5. The City of Seminole – Seminole Softball Complex
          6. OSIG – School Insurance
          7. Jenmark – medical therapy for the district
          8. iMarc Billing Services – Medicaid billing services for the district

Defendant's
Exhibit No. 15

34. Consider and take necessary action on the superintendent's recommendation to hire the following employees:

| Teachers: Moving from Temporary to Non-Career | Teachers: Temporary 2nd year | Teachers: Temporary New Hires |
|---|---|---|
| Lisa Battige | Carey Floyd | Derek Atyia - High School - social studies |
| Jessica Cagle | Josh Forrester | Tami Cole - Wilson |
| Dara Campbell | Laura Headley | Jennifer Choate - Wilson |
| Lisa Campbell | Shane Hodgins | Denise Dean - Middle School language arts |
| Kaleb Gordon | Shannon Hodgins | Susan Gates - Northwood |
| Aubree Holsapple* | Brian McAlvain | Peter Jankowiak - High School science |
| Valerie Jones | Ron Osborn* | McKayla Plett - Middle School math |
| Samantha Manuel | Delaney Pennock | Ben Rothrock - Northwood |
| Beth Moreno | Tywana Reese | John Walker - Alt Ed |
| Diana O'Connell | Thomas Scott | |
| John Phillips | Shane Stanfill | |
| Gina Riley | Donna Summy | *Counselors |
| Kena Utter | Chontaye Walter | |

**Summer School Teachers:**
Thurza Baker
Charity Boyer
Jessica Cagle
Tammy Conner
Lacey Davis
Janice Harvey
Kade Houck
DeAnn Leader
Carol Lloyd
Bethany Moreno
Angie Parks
Brenna Pierce
Tywana Reese
Peggy Robbins
Joann Sharp
Katie Sims
Kena Utter
Ann Walker

**Summer School Assistants:**
Vicki Anderson
Denese Byrd
Jordan Dobson
Debbie Mitchell
Cindi Mize
Kellye Swearingen

**Summer Cafeteria Workers:**
Vicky Davidson
Nina Kennedy
June Sexton
Toni Stillwell

**Cafeteria:**
Jackie Whiteside

**Driver Education Instructors:**
Blake Johnson
Eric Phillips
Wade Rigney

**Summer Employees:**
Brenda Bighead
Donna Dixon
Judy Robbins
Alta Shiplett
Kade Davis
Kyaah Fox
Christopher Gaddis
Uriah Hardeman
Alexis Long
Tyler Miller
Dake Reese
Shawn Snyder
Charles Kemp

**Summer Sports:**
Blake Johnson - baseball
Eric Phillips - weightlifting
Shawn Snyder - baseball
Charles Kemp - basketball
Pam Fletcher - softball
Pam Fletcher - basketball
Jeremy Bryan - basketball
Sybbia Phillips - volleyball
McKayla Plett - softball
Bobby Sanford - cross country
Bobby Sanford - basketball
Chontaye Walter - basketball
Harlon House - basketball
Wendell Reese - weightlifting

**Middle School Secretary:**
Pamela Baker

**ISD:**
Kenneth Crawford

Jack Cadenhead made the motion that all of the employees listed above be re-hired with the exception of Dara Campbell, Aubrey Holsapple, and Kena Utter. John Walker asked that his name be removed from the list. Amie Colclazier seconded the motion.

Cai Levy – yes
Jack Cadenhead – yes
Amie Colclazier – yes
Claudia Willis – yes
Mickey Upton – yes

Claudia Willis made the motion seconded by Cai Levy that Dara Campbell, Aubrey Holsapple, and Kena Utter be re-hired for the 2015/2016 school year.

Cai Levy – yes
Jack Cadenhead – no
Amie Colclazier – no
Claudia Willis – yes
Mickey Upton – no

35. New Business.

In new business, Superintendent Jeff Pritchard made the announcement that he and Assistant Superintendent Ronda Townsend would be retiring effective June 30, 2015.

Amie Colclazier made the motion seconded by Jack Cadenhead that the retirements of Jeff Pritchard and Ronda Townsend be accepted.

Cai Levy – no
Jack Cadenhead – yes
Amie Colclazier – yes
Claudia Willis – no
Mickey Upton – yes

36. Adjourn.

Jack Cadenhead made the motion seconded by Claudia Willis that the meeting be adjourned.

Cai Levy – yes
Jack Cadenhead – yes
Amie Colclazier – yes
Claudia Willis – yes
Mickey Upton – yes