**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

November 28, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:** 17-7002, Utter, et al v. Colclazier, et al
Dist/Ag docket: 6:16-CV-00182-RAW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Laura L. Holmes
Laura Lynn Holmgren-Ganz
Heath Wayne Merchen

EAS/kf